--- Forwarded by Reid Hermann/ILSD/07/USCOURTS on 11/17/2014 12:02 PM -----

From: usdc_ecf_ilnd@ilnd.uscourts.gov
To: InterdistrictTransfer_ILSD@ilsd.uscourts.gov
Date: 11/17/2014 11:47 AM
Subject: Transferred case has been opened

CASE: 3:14-cv-00422

DETAILS: Case transferred from Illinois Southern
has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1
as case 1:14-cv-09188, filed 11/14/2014.